IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-48-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

William Jenkins, appearing pro se, filed motions for a copy of the sentencing transcript in his case [D.E. 100, 102]. Although a court reporter transcribed Jenkin's arraignment and sentencing, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Jenkins has failed to show a particularized need for the transcript. To the extent Jenkins' letters could be construed as motions to obtain transcripts without charge, the motions [D.E. 100, 102] are DENIED.

SO ORDERED. This 30 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge