IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-48-D
No. 7:16-CV-195-D

| | |
|---|---|
| WILLIAM JENKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On May, 2016, William Jenkins ("Jenkins") filed a motion to appoint counsel [D.E. 107]. On June 23, 2016, Jenkins filed a motion to collect claims and revenue [D.E. 112] and a motion to reveal [D.E. 114]. On August 31, 2016, Jenkins filed a motion for certificate of appealability [D.E. 124]. On March 23, 2017, Jenkins notified the court that he voluntarily dismisses the action [D.E. 137].

Jenkins's motions [D.E. 107, 112, 114, and 124] lack merit and are DENIED. In light of the voluntary dismissal [D.E. 137], the action is DISMISSED. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 10 day of May 2017

JAMES C. DEVER III
Chief United States District Judge